| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DOMINGUEZ VALDEZ, | Case No. 1:17-cv-00304-AWI-MJS (HC) |
| Petitioner, | **ORDER TO SHOW CAUSE WHY MOTIONS TO STAY ARE NOT MOOT** |
| v. | **(ECF NOS. 3, 13)** |
| W.L. MUNIZ, | **FOURTEEN (14) DAY DEADLINE** |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On July 14, 2017, the undersigned issued findings and recommendations to grant Petitioner's motions to stay the petition and hold it in abeyance pending his exhaustion of state court remedies. (ECF No. 15.) Those findings and recommendations remain pending.

However, the Court takes judicial notice of the California Supreme Court website, see Harris v. County of Orange, 682 F.3d 1126, 1132 (9th Cir. 2012), which indicates that Petitioner's state habeas petition was denied on December 20, 2017. It therefore appears that the claims presented in that petition may be exhausted and his motions to stay are moot.

Accordingly, within fourteen days of the date of this order, Petitioner shall either withdraw his motions to stay or show cause why the motions should not be denied as moot.

IT IS SO ORDERED.

Dated: January 4, 2018          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE