UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOE DOMINGUEZ VALDEZ, | Case No. 1:17-cv-00304-AWI-MJS (HC) |
|---|---|
| Petitioner, | ORDER DENYING WITHOUT PREJUDICE MOTION TO AMEND PETITION |
| v. | (ECF No. 21) |
| W.L. MUNIZ, | **THIRTY DAY DEADLINE TO FILE AMENDED PETITION** |
| Respondent. | **CLERK TO SEND PETITIONER A BLANK PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 US.C. § 2254** |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. Before the Court is Petitioner's motion to amend the petition to incorporate additional grounds for relief. (ECF No. 20.) It is nearly identical to the motion to supplement that was recently denied by the Court. (ECF Nos. 18, 19.)

As Petitioner was advised before, he may not supplement or add to his petition through piecemeal pleadings. See Fed. R. Civ. P. 15. Rule 15(d). Instead, Petitioner must file a single amended petition, containing all of the claims he wishes the Court to address. **Any claims not contained in the amended petition will not be considered.** Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).

The Court is granting Petitioner leave to amend. He is not required to file a motion. He should simply file a single amended petition containing all of the claims that he wishes the Court to address. If he wants to the Court to review the claims in his original petition, he must include them in the amended petition. If he wants the Court to address his newly exhausted claims, he must include them in the amended petition also.

**Only claims contained in the amended petition will be addressed.**

The motion to amend is HEREBY DENIED without prejudice. The Clerk of Court is directed to send Petitioner a blank habeas corpus petition. Petitioner shall file a **complete** amended petition within thirty days of the date of this order.

IT IS SO ORDERED.

Dated: March 18, 2018

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE