UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DOMINGUEZ VALDEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>W. L. MUNIZ,<br><br>　　　　　Respondent. | Case No. 1:17-cv-00304-AWI-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTIONS FOR EXTENSIONS OF TIME TO FILE TRAVERSE<br><br>ECF Nos. 38, 40, 41 |

Petitioner Joe Dominguez Valdez, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. Petitioner has filed his traverse late, as the deadline for filing a traverse has passed. *See* ECF No. 42. He has also filed three motions for extensions of time to file his traverse. *See* ECF Nos. 38, 40, 41. We will grant petitioner's motions for extensions of time and consider his late traverse.

**Order**

Petitioner's motions for extensions of time to file a traverse, ECF Nos. 38, 40, 41, are granted.

IT IS SO ORDERED.

Dated: ___July 2, 2019___　　　　　　　　　_____

UNITED STATES MAGISTRATE JUDGE

1